

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00756-CV

**IN THE INTEREST OF A.M.S.**, et al., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01328
Honorable Renée Yanta, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  November 28, 2018

DISMISSED FOR LACK OF JURISDICTION

On September 11, 2018, appellant filed her notice of appeal.  The clerk's record was filed on September 20, 2018.  Although the clerk's record contains the judge's notes stating appellant's parental rights are terminated, it does not contain a final order terminating appellant's parental rights.  *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (stating judge's notes do not constitute final, appealable order). "[A]n appeal may be prosecuted only from a final judgment."  *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Because no final order of termination has been entered in the underlying case, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  Appellant did not respond.  Because the record does not contain a final order of

termination, we must dismiss this appeal.[1]  Accordingly, this appeal is dismissed for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

---

[1] This dismissal does not prevent appellant from later pursuing a timely appeal from a final judgment in this case.